**WILENCHIK & BARTNESS**
A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW
The Wilenchik & Bartness Building
2810 North Third Street  Phoenix, Arizona 85004

Telephone: 602-606-2810        Facsimile: 602-606-2811

Dennis I. Wilenchik, #005350
diw@wb-law.com
Jeff Bouma, #011808
jeffb@wb-law.com
Kathleen E. Martoncik, #023982
katiem@wb-law.com
minute entries: admin@wb-law.com

Greg Clark, Esq., #009431
LAW OFFICES OF GREG CLARK
45 East Jefferston Street, 14th Floor
Phoenix, Arizona 85003
Telephone: (602) 252-1800
Gclarkatty@aol.com

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| FIRST LIEUTENANT SHANNON E. FOUST, US Army, Individually and On Behalf of Statutory Beneficiaries, BRYNN FOUST D'AVELLO; and TONI D. FOUST, <br><br> Plaintiffs, <br> v. <br><br> CITY OF PAGE, an Arizona Municipality; CITY OF PAGE POLICE DEPARTMENT; a Municipal Entity; SHAWN WILSON and JANE DOE WILSON, husband and wife; CHARLES DENNIS and JANE DOE DENNIS, husband and wife; WILLIAM DIAK and JANE DOE DIAK, husband and wife; JOHN DOES 1-25; JANE DOES 1-25; BLACK CORPORATIONS 1-25; WHITE PARTNERSHIPS 1-26; GRAY COMPANIES 1-25, <br><br> Defendants. | Case No.  3:12-cv-08115-DGC <br><br> **MOTION TO DISMISS TONI D. FOUST AS A NAMED PLAINTIFF AND MOTION TO AMEND CAPTION** |

FIRST LIEUTENANT SHANNON E. FOUST, a named plaintiff, individually and on behalf of statutory beneficiaries ("Plaintiffs"), hereby requests that TONI D. FOUST be removed as a named plaintiff and a motion to dismiss all claims under her name made for the following reason. Upon researching liens on child support in California and Arizona for the William Foust ("Decedent"), it was discovered that the Decedent was not legally married to Toni D. Foust at the time of his death.

Decedent was previously married to Stacey Foust. In 1995, Stacey Foust filed for divorce. The case was heard on December 13, 1995, where an entry of judgment was made. The California Judgment and Notice of Entry of Judgment (Exhibit A) clearly state that Decedent could not remarry until the effective date of the termination of his previous marital status, which is April 2, 1996. It is not clear whether Decedent was aware of Exhibit A, but Toni D. Foust was not. On February 10, 1996, William and Toni D. Foust were married, or at least Toni D. Foust believed that they had been married. (Exhibit B)  and the Foust's held themselves out to family and friends, including his natural daughters, First Lt. Shannon Foust and Brynn D'Avello, as man and wife until William's death on June 19, 2011. Nevertheless, it appears clear that, as a matter of law, William Foust was not legally divorced from Stacy Foust as of the date he purported to marry Toni D. Foust. As such, a legal, binding marriage did not exist between the Decedent and Toni D. Foust. Under Arizona and Federal law, Toni D. Foust therefore has no legal right to remain as a party to the case under any of the legal theories pled by Plaintiffs and hereby respectfully requests that she be dismissed from the lawsuit as a party, with Prejudice so that the remaining Plaintiffs may pursue the lawsuit .

Because Toni Foust's deposition is currently scheduled to take place on July 18, 2013 and her legal status as a non-party to this litigation is likely relevant to the legal strategy of the parties and to the questions defense counsel will ask, Plaintiffs hereby respectfully request an expedited ruling dismissing Toni D. Foust from the litigation with Prejudice be entered.

1  Plaintiff's also move the Court for an order amending the Caption of the case to reflect the fact

2  that the only remaining Plaintiffs are First Lt. Shannon Foust and Brynn, D'Avello.

3                    **DATED** this 1st day of July, 2013.

4                                        **WILENCHIK & BARTNESS, P.C.**

5                                        */s/ Jeff Bouma*

6                                        Dennis I. Wilenchik
                                         Jeff Bouma
7                                        Kathleen E. Martoncik
                                         The Wilenchik & Bartness Building
8                                        2810 North Third Street
                                         Phoenix, Arizona  85004
9                                        admin@wb-law.com
                                         *Attorneys for Plaintiffs*
10

11  ORIGINAL mailed & e-mailed July 1, 2013, to:

12  Robert Grasso , Jr.
    Grasso Law Firm PC
13  2430 W. Ray Rd., Ste. 3
    Chandler, Arizona  85224
14  rgrasso@grassolawfirm.com
15  hpatrick@grassolawfirm.com
    *Attorneys for Defendants*
16

17  COPY mailed & e-mailed July 1, 2013, to:

18  Greg Clark, Esq.
19  LAW OFFICES OF GREG CLARK
    45 East Jefferston Street, 14th Floor
20  Phoenix, Arizona  85003
21  Gclarkatty@aol.com
    *Co-counsel for Plaintiffs*
22
    */s/ C. Averill*
23

24

25

                                    3



# EXHIBIT A

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):<br><br>JOHN D. BIRD<br>STATE BAR NO. 133628<br>22737 BARTON RD., SUITE #7<br>GRAND TERRACE, CA  92313<br>133628<br><br>ATTORNEY FOR (Name):   STACY FOUST     TELEPHONE NO.: **(909) 426-4878** | FOR COURT USE ONLY<br><br>FILED - Central District<br>San Bernardino County Clerk<br><br>**APR 0 2 1996**<br><br>By *Jacqueline Hart* Deputy |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  SAN BERNARDINO

STREET ADDRESS:   351 N. ARROWHEAD AVE.

MAILING ADDRESS:

CITY AND ZIP CODE:   SAN BERNARDINO, CA  92415

BRANCH NAME:   CENTRAL DISTRICT

MARRIAGE OF

PETITIONER:   STACY FOUST

RESPONDENT:   WILLIAM FOUST

| JUDGMENT | CASE NUMBER: |
|---|---|
| [X] Dissolution    [ ] Legal Separation    [ ] Nullity<br>    [X] Status only<br>    [ ] Reserving jurisdiction over termination of marital status<br>Date marital status ends: ~~ON SIGNATURE OF COURT~~ **APR 0 2 1996** | FL 14487 |

1. This proceeding was heard as follows: [X] default or uncontested [ ] by declaration under Civil Code, § 4511 [ ] contested
   a. Date: 12-13-95   Dept.: A   Rm.:
   b. Judge (name): **JAMES NEWNHAM**    [X] Temporary judge
   c. [X] Petitioner present in court   [X] Attorney present in court (name):  JOHN D. BIRD
   d. [ ] Respondent present in court    [ ] Attorney present in court (name):
   e. [ ] Claimant present in court (name):    [ ] Attorney present in court (name):
2. The court acquired jurisdiction of the respondent on (date):  **1-25-95**
   [ ] Respondent was served with process    [X] Respondent appeared

3. THE COURT ORDERS, GOOD CAUSE APPEARING:
   a. [X] Judgment of dissolution be entered. Marital status is terminated and the parties are restored to the status of unmarried persons
      (1) [X] on the following date (specify):  ~~ON SIGNATURE OF COURT~~ **APR 0 2 1996**
      (2) [ ] on a date to be determined on noticed motion of either party or on stipulation.
   b. [ ] Judgment of legal separation be entered.
   c. [ ] Judgment of nullity be entered. The parties are declared to be unmarried persons on the ground of (specify):
   d. [ ] Wife's former name be restored (specify):
   e. [ ] This judgment shall be entered nunc pro tunc as of (date):
   f. [X] Jurisdiction is reserved over all other issues and all present orders remain in effect except as provided below.
   g. [ ] Other (specify):

   SIGNED IN THE ABSENCE OF
   *James Newnham*
   *Pro Tempore*

   h. Jurisdiction is reserved to make other orders necessary to carry out this judgment.

Date:  **APR 0 2 1996**
                           **BOBBY VINCENT**
                           JUDGE OF THE SUPERIOR COURT **PRO TEM**

4. Number of additional pages attached:        [ ] Signature follows last attachment

## NOTICE

Please review your will, insurance policies, retirement benefit plans, credit cards, other credit accounts and credit reports, and other matters you may want to change in view of the dissolution or annulment of your marriage, or your legal separation.

A debt or obligation may be assigned to one party as part of the division of property and debts, but if that party does not pay the debt or obligation, the creditor may be able to collect from the other party.

An earnings assignment will automatically be issued if child support, family support, or spousal support is ordered.

Form Adopted by Rule 1287<br>Judicial Council of California<br>1287 (Rev. January 1, 1995)

**JUDGMENT**
(Family Law)

Family Code, §§ 2340, 2343, 2346

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):

TELEPHONE NO.: (909) 426-4878

FOR COURT USE ONLY

JOHN D. BIRD
STATE BAR NO. 133628
22737 BARTON RD., SUITE #7
GRAND TERRACE, CA  92313
ATTORNEY FOR (Name): STACY FOUST

FILED - Central District
San Bernardino County Clerk

APR 0 4 1996

By _Jacqueline Hart_ Deputy

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO
STREET ADDRESS:  351 N. ARROWHEAD AVE.
MAILING ADDRESS:
CITY AND ZIP CODE: SAN BERNARDINO, CA  92415
BRANCH NAME: CENTRAL DISTRICT

MARRIAGE OF
PETITIONER: STACY FOUST

RESPONDENT: WILLIAM FOUST

NOTICE OF ENTRY OF JUDGMENT

CASE NUMBER:
FL 14487

You are notified that the following judgment was entered on (date):  **APR 0 2 1996**

1. [ ]  Dissolution of Marriage

2. [X]  Dissolution of Marriage - Status Only

3. [ ]  Dissolution of Marriage - Reserving Jurisdiction over Termination of Marital Status

4. [ ]  Legal Separation

5. [ ]  Nullity

6. [ ]  Other (specify):

Date: **APR 0 4 1996**

Clerk, by _JACQUELINE HOLT_ , Deputy

– NOTICE TO ATTORNEY OF RECORD OR PARTY WITHOUT ATTORNEY –

Pursuant to the provisions of Code of Civil Procedure section 1952, if no appeal is filed the court may order the exhibits destroyed or otherwise disposed of after 60 days from the expiration of the appeal time.

Effective date of termination of marital status (specify): **APR 0 2 1996**
WARNING: NEITHER PARTY MAY REMARRY UNTIL THE EFFECTIVE DATE OF THE TERMINATION OF MARITAL STATUS
        AS SHOWN IN THIS BOX.

CLERK'S CERTIFICATE OF MAILING

I certify that I am not a party to this cause and that a true copy of the Notice of Entry of Judgment was mailed first class, postage fully prepaid, in a sealed envelope addressed as shown below, and that the notice was mailed
at (place): SAN BERNARDINO                                    , California,
on (date): APR 0 4 1996
Date: **APR 0 4 1996**

Clerk, by _JACQUELINE HOLT_ , Deputy

STACEY FOUST
C/O JOHN D. BIRD
22737 BERTON RD., SUITE 7
GRAND TERRACE, CA  92313

WILLIAM FOUST
P.O. BOX 400-211
HESPERIA, CA  92345

Form Adopted by Rule 1290
Judicial Council of California
1290 (Rev. July 1, 1985)

NOTICE OF ENTRY OF JUDGMENT
(Family Law)



# EXHIBIT B

# LICENSE AND CERTIFICATE OF MARRIAGE

STATE FILE NUMBER | MUST BE LEGIBLE—MAKE NO ERASURES, WHITEOUTS, OR OTHER ALTERATIONS | LOCAL REGISTRATION NUMBER

**GROOM PERSONAL DATA**

- 1A. NAME OF GROOM—FIRST (GIVEN): WILLIAM
- 1B. MIDDLE: DALE
- 1C. LAST (FAMILY): FOUST
- 2. DATE OF BIRTH—MONTH, DAY, YEAR: 02/19/1961
- 3A. RESIDENCE—STREET AND NUMBER: 13329 COUNTRY CLUB
- 3B. CITY: VICTORVILLE
- 3C. ZIP CODE: 92392
- 3D. COUNTY—OUTSIDE CALIFORNIA, ENTER STATE: SAN BERNARDINO
- 4. STATE OF BIRTH: CA.
- 5. MAILING ADDRESS—IF DIFFERENT: 8497 SVL BOX
- 6. NUMBER OF PREVIOUS MARRIAGES: 1
- 7A. LAST MARRIAGE ENDED BY: ☐ DEATH ☒ DISSOLUTION ☐ ANNULMENT
- 7B. DATE—MONTH, DAY, YEAR: 12/13/1995
- 8A. USUAL OCCUPATION: CONSTRUCTION
- 8B. USUAL KIND OF BUSINESS OR INDUSTRY: CONSTRUCTION
- 9. EDUCATION—YEARS COMPLETED: 12
- 10A. FULL NAME OF FATHER: LEO PATRICK FOUST
- 10B. STATE OF BIRTH: CA.
- 11A. FULL MAIDEN NAME OF MOTHER: ROSEMARY LAWRENCE
- 11B. STATE OF BIRTH:

**BRIDE PERSONAL DATA**

- 12A. NAME OF BRIDE—FIRST (GIVEN): TONI
- 12B. MIDDLE: DARLENE
- 12C. CURRENT LAST (FAMILY): ARNOLD
- 12D. MAIDEN LAST (FAMILY) (IF DIFFERENT THAN 12C):
- 13. DATE OF BIRTH—MONTH, DAY, YEAR: 11/25/1958
- 14A. RESIDENCE—STREET AND NUMBER: 13329 COUNTRY CLUB
- 14B. CITY: VICTORVILLE
- 14C. ZIP CODE: 92392
- 14D. COUNTY—OUTSIDE CALIFORNIA, ENTER STATE: SAN BERNARDINO
- 15. STATE OF BIRTH: CA.
- 16. MAILING ADDRESS—IF DIFFERENT: 8497 SVL BOX
- 17. NUMBER OF PREVIOUS MARRIAGES: 2
- 18A. LAST MARRIAGE ENDED BY: ☐ DEATH ☒ DISSOLUTION ☐ ANNULMENT
- 18B. DATE—MONTH, DAY, YEAR: 09/30/1994
- 19A. USUAL OCCUPATION: HOMEMAKER
- 19B. USUAL KIND OF BUSINESS OR INDUSTRY: OWN HOME
- 20. EDUCATION—YEARS COMPLETED: 12
- 21A. FULL NAME OF FATHER: MILTON LEWIS ARNOLD
- 21B. STATE OF BIRTH: OK.
- 22A. FULL MAIDEN NAME OF MOTHER: NADINE COOPER
- 22B. STATE OF BIRTH: OK.

**AFFIDAVIT**

WE, THE UNDERSIGNED, AN UNMARRIED MAN AND UNMARRIED WOMAN, STATE THAT THE FOREGOING INFORMATION IS CORRECT AND TRUE TO THE BEST OF OUR KNOWLEDGE AND BELIEF, THAT NO LEGAL OBJECTION TO THE MARRIAGE NOR TO THE ISSUANCE OF A LICENSE IS KNOWN TO US, AND HEREBY APPLY FOR A LICENSE AND A CERTIFICATE OF MARRIAGE.

- 23. SIGNATURE OF GROOM: *[signature]*
- 24. SIGNATURE OF BRIDE: *[signature] Toni Arnold*

**LICENSE TO MARRY**

AUTHORIZATION AND LICENSE IS HEREBY GIVEN TO ANY PERSON DULY AUTHORIZED BY THE LAW OF THE STATE OF CALIFORNIA TO PERFORM A MARRIAGE CEREMONY WITHIN THE STATE OF CALIFORNIA TO SOLEMNIZE THE MARRIAGE OF THE ABOVE NAMED PERSONS. REQUIRED CONSENTS FOR THE ISSUANCE OF THIS LICENSE ARE ON FILE.

- 25A. ISSUE DATE MONTH, DAY, YEAR: 02/08/1996
- 25B. LICENSE EXPIRES AFTER MONTH, DAY, YEAR: 05/08/1996
- 25C. LICENSE NUMBER:
- 25D. COUNTY OF ISSUE: SAN BERNARDINO
- 25E. NAME OF COUNTY CLERK: TRESSA SLOAN KENTNER
- 25F. SIGNATURE OF DEPUTY CLERK (IF APPLICABLE): *[signature]* DEPUTY

**WITNESS(ES) (ONE REQUIRED)**

- 26A. SIGNATURE OF WITNESS: *[signature] Greg M. Jones*
- 26B. ADDRESS—STREET AND NUMBER: 12324 KIOWA RD
- 26C. CITY, STATE AND ZIP CODE: APPLE VALLEY CA 92308
- 27A. SIGNATURE OF WITNESS: *[signature]*
- 27B. ADDRESS—STREET AND NUMBER:
- 27C. CITY, STATE AND ZIP CODE:

**CERTIFICATION OF PERSON SOLEMNIZING MARRIAGE**

28. I HEREBY CERTIFY THAT THE ABOVE-NAMED BRIDE AND GROOM WERE JOINED BY ME IN MARRIAGE IN ACCORDANCE WITH THE LAWS OF THE STATE OF CALIFORNIA

- ON: February 10 19 96
- AT: VICTORVILLE, SAN BERNARDINO, CALIFORNIA
- 29A. SIGNATURE OF PERSON SOLEMNIZING MARRIAGE: PAUL R. SMITH
- 29B. RELIGIOUS DENOMINATION (IF CLERGY): CALVARY CHAPEL
- 29C. NAME OF PERSON SOLEMNIZING MARRIAGE (TYPE OR PRINT): Paul R. Smith
- 29D. OFFICIAL TITLE: PASTOR
- 29E. MAILING ADDRESS: 15081 Center Street Victorville, CA.
- 29F. ZIP CODE: 92392

**LOCAL REGISTRAR OF MARRIAGES (COUNTY RECORDER)**

- 30A. SIGNATURE OF LOCAL REGISTRAR:
- 30B. SIGNATURE OF DEPUTY (IF APPLICABLE): BY
- 31. DATE ACCEPTED FOR REGISTRATION:

STATE OF CALIFORNIA, DEPARTMENT OF HEALTH SERVICES, OFFICE OF STATE REGISTRAR   91 91673   VS-117 (3/91)