**WILENCHIK & BARTNESS**
A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW
The Wilenchik & Bartness Building
2810 North Third Street  Phoenix, Arizona 85004

Telephone: 602-606-2810    Facsimile: 602-606-2811

Dennis I. Wilenchik, #005350
Jeff Bouma, #011808
admin@wb-law.com
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| **First Lieutenant Shannon E. Foust, US Army, Individually and On Behalf of Statutory Beneficiaries, Brynn Foust D'Avello, and Toni D. Foust,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**CITY OF PAGE, an Arizona Municipality, et al.,**<br><br>**Defendants.** | Case No.  CV12-08115-PCT DGC<br><br>**PLAINTIFFS' 1st MOTION IN LIMINE TO PROHIBIT TESTIMONY AND EVIDENCE REGARDING WILLIAM FOUST'S SOVEREIGN CITIZENS BELIEFS/MEMBERSHIP**<br><br>**(Assigned to the Honorable David G. Campbell)** |

Plaintiffs' hereby move the Court for an order in limine prohibiting Defendants, their attorney's witnesses and experts, from introducing evidence or testimony regarding Mr. Foust's alleged political beliefs and involvement and membership in the "Sovereign Citizens" organization. Such evidence should be precluded as irrelevant, prejudicial and inflammatory pursuant to F.R.E. 401 and 403.

The evidence regarding Mr. Foust's political beliefs, actions and membership in a political party is irrelevant because there is no connection between those alleged beliefs and the events which resulted in his death. Both Wilson and Dennis testified that either did not know anything of Mr. Foust's beliefs or activities before June 19, 2011, or they knew very little and that their "knowledge" did not affect how they viewed or dealt with Mr. Foust. Indeed, to the

extent his political activities became known, it was only after the fact when other unidentified self-proclaimed "members" appeared in the City of Page to protest his death and pay tribute. Because Mr. Foust's political activities were not germane to his death, they are not relevant in this trial.

Even if they were somehow relevant, they should be excluded under 403 as the danger that the issue would confuse, mislead and prejudice the jury outweighs any probative value the information may have. Finally, because Defendants have failed to identify any competent testimony or evidence about exactly what Mr. Foust's political beliefs were, or how, if at all they manifested themselves, the testimony would be speculative and waste time.

The Defendants are obviously attempting to use the Sovereign Citizen's affiliations as to prejudice the jury.  In almost every deposition, Defendants have attempted to characterize Mr. Foust as someone, who because of his political beliefs, was a threat to police officers. Therefore, Defendants are seeking to justify his death by casting him as someone who hated the police, who hated authority and was violent, rude and disrespectful as a result.  The fact that most witnesses rejected that characterization has not slowed down Defendants, who went as far as to label the investigation into his death as one involving investigation of "BM13 Bias, Anti-American." See Ex. A, pg. 1, Page Police Department incident report.

Finally, despite the fact that Rule 404(a)(1) prohibits the use of character evidence to try to demonstrate a person's character traits guided how he acted on a particular occasion, Defendants are attempting to use Mr. Foust's political beliefs and affiliations as a Trojan Horse to accomplish surreptitiously what they are precluded from doing overtly--attack his character.

Wherefore, Plaintiffs respectfully request the court grant their 1st Motion in Limine and preclude any evidence or testimony related to Mr. Foust's political beliefs generally and the Sovereign Citizen's movement in particular and that nay documents referencing such activities be redacted before being admitted into evidence.

**RESPECTFULLY SUBMITTED** this 13th day of August, 2014.

**WILENCHIK & BARTNESS, P.C.**

/s/ Jeff Bouma, Esq.
Dennis I. Wilenchik, Esq.
Jeff Bouma, Esq.
2810 North Third Street
Phoenix, Arizona  85004
admin@wb-law.com
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

　　I hereby certify that on this 13th day of August, 2014, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the entities registered.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Hilary Myers