12-17-14

* Jury would like large format -
Arial Photo & Large Diagram & Still.

7B, 8J, 26

Juror #2

```
  ✗ FILED       ___ LODGED
  ✓ RECEIVED    ___ COPY
       DEC 1 9 2014
   CLERK U S DISTRICT COURT
     DISTRICT OF ARIZONA
  BY_____ DEPUTY
```

Jury Notes
CV 12-8115 Phx DGC
Foust v. City of Page

December 18, 2014

In response to your note, we are providing two of the enlargements we think you requested. If there are others you want, please describe them in more detail.

*[signature: David G. Campbell]*

Judge David G. Campbell

9:10 a.m.

12-19-14

Honorable Judge Campbell:

We have not been able to reach a unanimous decision. What do we do now?

Juror #2